UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---------------------------------------------------------------X
:
JOHN BROWN, : Case No.: 8:19-cv-00012-VMC-AEP
:
              Plaintiff, :
    v. :
:
PAYPAL CREDIT, :
:
             Defendant. :
:
:
:
---------------------------------------------------------------X

**JOINT MOTION TO STAY PROCEEDINGS AND REFER CASE
TO BINDING ARBITRATION**

Defendant Bill Me Later, Inc., improperly identified in the complaint as PayPal Credit ("BML"), and Plaintiff John Brown ("Plaintiff"), (collectively, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

1. On or about January 3, 2019, Plaintiff initiated this cause of action against BML for alleged violations of the Telephone Consumer Protection Act, Fair Debt Collection Practices Act, Florida Consumer Collection Practices Act, and Invasion of Privacy – Intrusion Upon Seclusion.  (D.E. 1.)

2. The Parties have since conferred and agree this cause is subject to arbitration pursuant to a binding arbitration agreement.  *See* Exhibit "A" attached hereto.

3. The Parties therefore stipulate to request the Court to stay the case in its entirety and refer the entire matter to arbitration with the American Arbitration Association ("AAA"). 9 U.S.C. § 3.

WHEREFORE, the Parties respectfully request the Court to stay the proceedings and refer this entire case to binding arbitration, and for such other relief as this Court deems proper. Dated this 8th day of February 2019.

| | |
|---|---|
| */s/ Heather H. Jones, Esq.* | */s/ Jenny N. Perkins* |
| Heather H. Jones, Esq. | Jenny N. Perkins, Esquire |
| Florida Bar No. 0118974 | Florida Bar No. 77570 |
| William "Billy" Peerce Howard, Esq. | perkinsj@ballardspahr.com |
| Florida Bar No. 0103330 | BALLARD SPAHR LLP |
| The Consumer Protection Firm, PLLC | 1735 Market Street, 51st FL |
| 4030 Henderson Boulevard | Philadelphia, PA 19103 |
| Tampa, FL 33629 | Telephone: (215) 864-8378 |
| Telephone: (813) 500-1500, ext. 205 | Facsimile: (215) 864-8999 |
| Facsimile: (813) 435-2369 | *Attorneys for Defendant* |
| Heather@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF COUNSEL

The undersigned counsel, pursuant to local Rule 3.01(g), certifies that she conferred with counsel for Plaintiff who has authorized the filing of this joint motion.

DATED: February 8, 2019

                                             */s/ Jenny N. Perkins*
                                             Jenny N. Perkins, Esquire