UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BROWN

 Plaintiff,

v.           CASE NO.: 8:19-00012-VMC-AEP

PAYPAL CREDIT

 Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** JOHN BROWN, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, JOHN BROWN, and Defendant, PAYPAL CREDIT., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 4th day November, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

  Respectfully submitted,

  */s/Heather H. Jones*
  Heather H. Jones, Esq.
  Florida Bar No. 0118974
  William "Billy" Peerce Howard, Esq.
  Florida Bar No. 0103330
  THE CONSUMER PROTECTION FIRM, PLLC
  4030 Henderson Blvd.
  Tampa, FL 33629
  Telephone: (813) 500-1500, ext. 205
  Facsimile: (813) 435-2369
  Heather@TheConsumerProtectionFirm.com
  Billy@TheConsumerProtectionFirm.com
  *Attorney for Plaintiff*