**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN BROWN,

    Plaintiff,

v.                                         CASE NO.: 8:19-cv-00012-VMC-AEP

PAYPAL CREDIT

    Defendant.

_____./

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, JOHN BROWN, and the Defendant, PAYPAL CREDIT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ *Heather H. Jones* | /s/ *Chantal M. Pillay* |
| Heather H. Jones, Esq. | Chantal M. Pillay Esq. |
| Florida Bar No. 0118974 | Florida Bar No.: 108369 |
| William "Billy" Peerce Howard, Esq. | Chantal.Pillay@arlaw.com |
| Florida Bar No. 0103330 | Ann.Jones@arlaw.com |
| THE CONSUMER PROTECTION FIRM, PLLC | ADAMS AND REESE LLP |
| 4030 Henderson Blvd. | 101 East Kennedy Blvd., Suite 4000 |
| Tampa, FL 33629 | Tampa, FL 33602 |
| Telephone: (813) 500-1500, ext. 205 | Telephone: 813-402-2880 |
| Facsimile: (813) 435-2369 | Facsimile: 813-402-2887 |
| Heather@TheConsumerProtectionFirm.com | *Attorney for Defendant* |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I certify that on January 6, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

>*/s/ Heather H. Jones*
> Heather H. Jones, Esq.
> Florida Bar No. 0118974